Commonwealth *v.* Hudson, Appellant.

822

Submitted December 3, 1973. *Eugene H. Clarke, Jr.,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.